■ VERIZON DIRECTORIES CORP., Appellant, v CONTINUUM HEALTH PARTNERS, INC., Respondent. [902 NYS2d 343]—

Order, Supreme Court, New York County (Barbara R. Kapnick, J.), entered April 21, 2009, which granted defendant's motion for summary judgment dismissing the complaint as time-barred, unanimously affirmed, with costs.

For purposes of CPLR 202, plaintiff is a "resident" of, and its cause of action accrued in, Delaware, the state of its incorporation (*see Global Fin. Corp. v Triarc Corp.*, 93 NY2d 525, 529-

530 [1999]; *American Lumbermens Mut. Cas. Co. of Ill. v Cochrane*, 129 NYS2d 489 [1954], *affd* 284 App Div 884 [1954], *affd* 309 NY 1017 [1956]). We reject plaintiff's contention that, for purposes of the statute, it is a "resident" of New York, or that its cause of action accrued in this state, by virtue of its authorization to do business and asserted extensive presence here (*see Global Fin. Corp.*, 93 NY2d at 528-529). Hence, New York's six-year statute of limitations does not apply (*see* CPLR 202), and the action is barred by Delaware's one-year statute (Del Code Ann, tit 10, § 8111). Concur—Gonzalez, P.J., Sweeny, Acosta, Renwick and Román, JJ. **[Prior Case History: 2009 NY Slip Op 30907(U).]**